# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Amoni Nakia Kelso | )<br>)<br>)   Case No.  7:25-CR-00030-002<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Amoni Nakia Kelso ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ☑ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

   Drug Conspiracy

Date:    03/05/2026

        *Issuing officer's signature*

City and state:   Roanoke, Virginia        Hon. Robert S. Ballou, U.S. District Judge
        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____         _____<br>        *Arresting officer's signature*<br><br>        _____<br>        *Printed name and title* |